_____

No. 95-3939SD
_____

David R. Bradley,                     *
                                      *
            Appellant,                *
                                      *    Appeal from the United States
     v.                               *    District Court for the District
                                      *    of South Dakota.
Pat Lichty, P.H.S. Director at        *
South Dakota State Penitentiary;*          [UNPUBLISHED]
Joe Class, Warden; Dr. Schaffer,*
S.D.S.P.; Kay Paa, Nurse,             *
S.D.S.P.,                             *
                                      *
            Appellees.                *
                            _____

              Submitted:  December 13, 1995

                   Filed:  January 2, 1996
                            _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
                            _____

PER CURIAM.


     David R. Bradley appeals the district court's dismissal of
Bradley's 42 U.S.C. § 1983 complaint.  Our decision is guided by
this court's recent decision in Wiedermann v. Lichty, No. 95-3339
(8th Cir. Dec. 12, 1995).  For the reasons given in Wiedermann, we
reverse and remand for further proceedings.


     A true copy.


          Attest:


               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.